JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-138RSL |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| RICARDO GALLARDO, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Gallardo's supervised release is warranted by the conduct of Mr. Gallardo and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Gallardo shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this __10th__ day of March, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*U.S. v. Ricardo Gallardo*; CR20-138RSL)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Ricardo Gallardo

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*U.S. v. Ricardo Gallardo*; CR20-138RSL)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**